# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX JACKSON | CIVIL ACTION |
| VERSUS | NO. 09-3003 |
| DARRYL MIZZEL - CAPTAIN, ET AL. | SECTION: "J" (3) |

# O R D E R

On March 20, 2009, this Court denied plaintiff's motion for appointment of counsel. Rec. Doc. 6. Plaintiff has now filed a "Notice of Objections" with respect to that order, and the Clerk of Court has docketed that filing as a motion for reconsideration. Rec. Doc. 11. To the extent plaintiff intended his filing as a motion for reconsideration, he has not established that the Court's prior order was either factually or legally incorrect. Accordingly, plaintiff's motion for reconsideration is **DENIED**.

In that same filing, plaintiff alternatively requests that this Court order prison officials to allow inmate Richard Lay to assist plaintiff in this civil action. That request is likewise **DENIED**. "Prisoners have no right to a particular prisoner's help in legal matters as long as the putative recipient's constitutional right of access to the courts is not infringed." Tighe v. Wall, 100 F.3d 41, 42 (5th Cir. 1996). Moreover, Lay has proven himself to be a particularly vexatious litigant, as evidenced by his long history of frivolous and abusive lawsuits. See, e.g., Lay v. Anderson, 837 F.2d 231 (5th Cir. 1988). Plaintiff clearly has no right to assistance from such an individual, and, moreover, this Court has no doubt that Lay's "assistance" would hinder rather than aid plaintiff in

his efforts to prosecute his claims.

Plaintiff has also filed a motion to supplement his complaint with medical records which purportedly concern the claims asserted in this lawsuit. Rec. Doc. 12. That motion is **GRANTED**.

Lastly, the Court notes that plaintiff's complaint is based on an incident which allegedly occurred on November 2, 2008. Plaintiff indicates in the complaint that, in connection with that incident, he was charged with and convicted of prison disciplinary infractions. For this Court to determine what effect, if any, those disciplinary convictions may have on plaintiff's claims, **IT IS ORDERED** that, **on or before May 1, 2009**, the **Warden of the Rayburn Correctional Center** forward a copy of the records from that disciplinary proceeding to the undersigned at the following address: United States Magistrate Judge Daniel E. Knowles, III, 500 Camp Street, Room B335, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this second day of April, 2009.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

_____
**CLERK TO NOTIFY PLAINTIFF AND:**

**Warden**
**B.B. "Sixty" Rayburn Correctional Center**
**27268 Highway 21**
**Angola, Louisiana 70426**