UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEX JACKSON                                    CIVIL ACTION

VERSUS                                          NO: 09-3003

DARRYL MIZZEL, ET AL                            SECTION: "J" (3)

**ORDER**

Before the Court is the plaintiff's **Notice of Appeal (Rec. Doc. 15)** related to the Magistrate Judge's denial of the plaintiff's Motion for Reconsideration of his Motion for Appointment of Counsel. The Court construes the plaintiff's present motion to be a Motion for Appeal of the Magistrate Judge's Decision.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." United States v. Untied States Gypsum Co., 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's orders, and the arguments of the plaintiff this Court finds that no such mistake has been made in the magistrate judge's Orders (Rec.

Docs. 6 and 13) and the plaintiff has not shown that the magistrate judge's ruling is "clearly erroneous or contrary to law." Accordingly,

**IT IS ORDERED** that the plaintiff's **Notice of Appeal (Rec. Doc. 15)** is hereby **DENIED.**

New Orleans, Louisiana this 12th day of May, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE