UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALEX JACKSON                                    CIVIL ACTION

VERSUS                                          NO. 09-3003

DARRYL MIZELL- CAPTAIN, ET AL                   SECTION "J" (3)

**O R D E R**

This matter arises from an alleged fight between Plaintiff and another inmate. Plaintiff was later disciplined for the argument. Plaintiff filed a complaint alleging several causes of action.

The Report and Recommendation recommends dismissing all the claims. Specifically, the report finds that Plaintiff's claims against the other inmates and prison guards for failure to protect are barred by Heck V. Humphrey 512 U.S.477 (1994).

The Court notes that Plaintiff raises objections to the applicability of Heck V. Humphrey to his suit. 512 U.S.477 (1994). Heck holds that a §1983 cannot proceed based on a set of facts for which Plaintiff has been convicted or sentenced unless Plaintiff later reaches a favorable result with respect to the underlying conviction. Id. at 486. In Clarke v. Stalder, the Fifth Circuit applied Heck to prison disciplinary proceeding. 154 F.3d 186, 189 (5th Cir. 1998)

However, in Wilkerson v. Austin the Supreme Court allowed a §1983 to proceed to the merits of the claim after prison disciplinary proceedings had ruled that the inmates be transferred to a Supermax prison facility. 545 U.S.209 (2005) The Court affirmed that the inmates had a liberty interest at stake. Id. Plaintiff suggests that Wilkerson calls into question the continued applicability of Heck to sentences rendered at prison disciplinary proceedings.

The Court finds that applying Wilkerson to Fifth Circuit precedent is beyond the scope of its judicial review. See e.g. Wallace v. Jaffree, 472 U.S. 38, 46 (U.S. 1985)(noting a district court's duty to adhere to precedent set by higher courts).

Accordingly, the Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 27), and Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 29), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

New Orleans, Louisiana, this 20th day of July, 2009

CARL J. BARBIER

UNITED STATES DISTRICT JUDGE